## Case No. 11,346.

### POTTS v. GHEQUIERE.

[Cited in Wright v. West, Case No. 18,102, and in Addison v. Duckett, Id. 77, to the point that an answer in an equity proceeding will not be allowed, unless sufficiently certified. No-where reported; opinion not now accessible.]